■ In the Matter of JOSEPH VIDAL, Petitioner, v DONALD SELSKY, as Director of Special Housing Unit, New York State Department of Correctional Services, Respondent. [864 NYS2d

379]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered February 29, 2008) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.